**Damon L. BELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65078.**

Missouri Court of Appeals,
Western District.

April 11, 2006.

Susan L. Hogan, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cecily L. Daller, Office of Attorney General, Jefferson City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Damon L. Bell appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).